```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-26-16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
JA-RU, INC.,

                      **Plaintiff,**

    -against-                                 16-CV-2007 (ALC)

FIRST MERCURY INSURANCE COMPANY,     **ORDER OF DISCONTINUANCE**

                      **Defendant.**
-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:     New York, New York
             September 26, 2016

                                              _____
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**